# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-1385 MRW | Date | June 23, 2022 |
|---|---|---|---|
| Title | Spencer Marks v. Swiftfunds Financial Services | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: DISMISSING CASE**

Plaintiff filed a notice to dismiss this case with prejudice. (Docket # 15.) This action is dismissed with prejudice.